70,616-05

# Court of Criminal Appeals

January 25, 2015

Trenton Le Troy Jackson
CCA No. WR-70,615-05
Trial Court Case No. 981891-B

Dear Honorable Clerk:

On December 10, 2014, Applicant, Trenton Le Troy Jackson recieved notice from this Honorable court ordering the 185th district court Judge to comply with said order on October 23, 2013. To date Applicant has not heard anything from the 185th district court on order.

Applicant request and moves that this Honorable court order the 185th district Judge to conduct An Evidentiary hearing and have the clerk of the said court to immediately forward the supplemental record and the finding of facts to this court.

Sincerely
Trenton Le Troy Jackson
Trenton Le Troy Jackson

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 28 2015

Abel Acosta, Clerk